# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DALLAS SWANK and JEANNE PASCAL, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON; DePUY SYNTHES SALES, INC.; DePUY ORTHOPAEDICS, INC.; and JOHN DOES I-X, <br><br> Defendants. | C20-1373 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 10, plaintiffs' claims against defendant Johnson & Johnson are DISMISSED without prejudice and without costs. From this point forward, this case shall be captioned as <u>Swank, et al. v. DePuy Synthes Sales, Inc., et al.</u>

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of October, 2020.

                                                                                          William M. McCool
                                                                                          Clerk

                                                                                          s/Karen Dews
                                                                                          Deputy Clerk

MINUTE ORDER - 1