UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLAS SWANK and JEANNE PASCAL,<br><br>      Plaintiffs,<br><br>  v.<br><br>DePUY SYNTHES SALES, INC., et al.,<br><br>      Defendants. | C20-1373 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date and related case deadlines, docket no. 15, is GRANTED in part and DENIED in part, as set forth herein.

| **JURY TRIAL DATE** | **June 6, 2022** |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | November 29, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| All motions related to discovery must be filed by<br>  and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | January 6, 2022 |
| Discovery completed by | February 14, 2022 |
| All dispositive motions must be filed by<br>  and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 17, 2022 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by<br>  and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | March 24, 2022 |
| All motions in limine must be filed by<br>  and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | May 5, 2022 |
| Agreed pretrial order due | May 20, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions due | May 20, 2022 |
| Pretrial conference to be held at 10:00 a.m. on | May 27, 2022 |

(2) All other terms and conditions of the Court's Minute Order Setting Trial Date and Related Dates, docket no. 13, remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 2

Dated this 26th day of October, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 3