UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLAS SWANK, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPUY SYNTHES SALES INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. C20-1373-LK<br><br>**ORDER REQUESTING BRIEFING ON DEFENDANTS' MOTION FOR RECONSIDERATION AND RENOTING FOR APRIL 8, 2022** |

Defendants (collectively, "DePuy") move for reconsideration of the Court's order granting in-part and denying in-part plaintiffs' motion to compel. Dkt. 28. The Court **ORDERS** plaintiffs to respond to DuPuy's motion for reconsideration by **April 4, 2022**; DuPuy may file an optional reply brief by **April 8, 2022**. DePuy's motion for reconsideration is **RENOTED** for consideration on **April 8, 2022**.

DATED this 28th day of March, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER REQUESTING BRIEFING ON
DEFENDANTS' MOTION FOR
RECONSIDERATION AND RENOTING FOR
APRIL 8, 2022 - 1