UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALLAS SWANK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPUY SYNTHES SALES INC., et al., <br><br> Defendants. | CASE NO. C20-1373-LK <br><br> **ORDER AMENDING BRIEFING SCHEDULE** |

The Court received a communication from the office of plaintiffs' counsel requesting a seven-day extension on responsive briefing for DuPuy's motion for reconsideration, **Dkt. 28**, based on exigent circumstances related to counsel's health. The Court hereby amends the briefing schedule: plaintiffs' response brief is due on **April 11, 2022**; DuPuy may file an optional reply brief by **April 15, 2022**. DuPuy's motion for reconsideration is **RENOTED** for **April 15, 2022**.

DATED this 1st day of April, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER AMENDING BRIEFING SCHEDULE
- 1