Hon. Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DALLAS SWANK and JEANNE PASCAL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON and its subsidiaries DEPUY SYNTHES SALES, INC. and DEPUY ORTHOPAEDICS, INC.; JOHN DOES I-X,<br><br>Defendants. | NO. 2:20-cv-01373-LK<br><br>MINUTE ORDER |

By the order of United States District Judge Lauren King, this matter is referred to Magistrate Judge Brian A. Tsuchida for all non-dispositive pretrial matters.

DATED this 4th day of May 2022.

RAVI SUBRAMANIAN,
Clerk of Court

 /s/ Natalie Wood
Deputy Clerk

MINUTE ORDER - 1