UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLAS SWANK, *et al.*,

Plaintiffs,

v.

DEPUY SYNTHES SALES, INC., *et al.*,

Defendants.

CASE NO. C20-01373-LK

STIPULATION AND FINAL JUDGMENT OF DISMISSAL

STIPULATION

IT IS HEREBY STIPULATED AND AGREED final judgment of dismissal of all claims against DePuy Syntheses Sales, Inc. and DePuy Orthopaedics, Inc. with prejudice, with each party to bear its own costs, expenses and fees.

//

//

//

//

//

Dated this ___ day of September 2022.

LOPEZ & FANTEL, INC. P.S.

By _s/ Carl A. Taylor Lopez_
Carl A. Taylor Lopez, WSBA #6215
Lopez & Fantel, Inc. P.S.
2292 W. Commodore Way, Suite 200
Seattle, WA 98199
Telephone: (206) 322-5200
E-mail: clopez@lopezfantel.com

*Attorney for Plaintiffs*

SCHWABE, WILLIAMSON & WYATT, P.C.
By: *s/ Anne M. Talcott*
Anne M. Talcott, WSBA#_26886____
Email: atalcott@schwabe.com
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204

Jennifer L. Campbell, WSBA #31703
Email: jcampbell@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101

J.T. Larson, admitted *pro hac vice*
BARNES & THORNBURG LLP
Email jt.larson@btlaw.com
11 South Meridian Street
Indianapolis, IN 46204-3535

*Attorneys for Defendants DePuy Synthes Sales, Inc. and Medical Device Business Services Inc. f/k/a DePuy Orthopaedics, Inc.*

ORDER

This matter having come before the Court upon the stipulation of the parties for final judgment of dismissal of all claims against Defendants DePuy with prejudice and without costs or fees, the Court ORDERS that all claims against Defendants in the above-captioned cause are dismissed with prejudice and without costs or fees.

Dated this 12th day of September, 2022.

Lauren King
United States District Judge